IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| FRANKIE WAYNE POPE, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-CV-00329-MTT-AGH |
| | * |
| Doctor CHRIS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 20, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 20th day of February, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk